**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CR69-21**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **ROBERT MERRYMAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** coming on to be heard before the court, pursuant to an oral order made by defendant's counsel, Tony E. Rollman, on October 16, 2007. In the oral motion, Mr. Rollman advised that the defendant, who was scheduled to appear for a Rule 11 proceeding on the 16th, had become ill and had been hospitalized at the Valdese Hospital in Valdese, NC. Mr. Rollman reported that the defendant had been subject to ill health for a period of time due to a heart condition and that the information provided to Mr. Rollman was that the defendant was having significant heart problems. The Government had no objection to Mr. Rollman's motion for a continuance.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Rule 11 proceeding in the above entitled matter is **CONTINUED** until **October 25, 2007 at 2:00 o'clock p.m.**

Signed: October 18, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge